UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark Franklin, Jr., | Civ. No. 12-1790 (PAM/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| One unknown name Sergeant and three unknown name Correctional Officers of the Hennepin County Public Safety Facility (Jail), two unknown name Sergeants and four unknown name Correctional Officers of the Ramsey County Adult Detention Center (jail), | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation (R&R) of Chief Magistrate Judge Arthur J. Boylan dated September 4, 2012 (Docket No. 5).  In the R&R, Chief Magistrate Judge Boylan recommends denying Plaintiff's application to proceed in forma pauperis and dismissing this action without prejudice, because Plaintiff has failed to pay the initial partial filing fee required by 28 U.S.C. § 1915(b)(1).  (R&R at 2.)  No objections to the R&R have been filed in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiff's application to proceed in forma pauperis (Docket No. 2) is **DENIED**; and

2.  This action is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 5, 2012

                                       *s/ Paul A. Magnuson*
                                       Paul A. Magnuson
                                       United States District Court Judge